| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| BRITTANY PETRY, | § § § | FILED: **7/1/21** <br> U.S. DISTRICT COURT <br> EASTERN DISTRICT COURT <br> DAVID A. O'TOOLE, CLERK |
| Plaintiff, | § § | |
| versus | § § | CIVIL ACTION NO. 1:18-CV-373 |
| TEXAS DEPARTMENT OF JUSTICE CRIMINAL JUSTICE, | § § § § | |
| Defendant. | § § | |

## VERDICT OF THE JURY

### Question No. 1

Do you find that Plaintiff complained of sexual harassment to any supervisor employed by Defendant prior to her termination?

Answer "Yes" or "No": __No__

If your answer to Question No. 1 is "Yes," answer Question No. 2.

### Question No. 2

Do you find that Plaintiff would not have been terminated but for her complaint of sexual harassment?

Answer "Yes" or "No": _____

If your answer to Question No. 2 is "Yes," answer Question No. 3.

## Question No. 3

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant caused Plaintiff?

Answer in dollars and cents for the following items and none other:

1. Past mental anguish and emotional distress.

   $ _____

2. Future mental anguish and emotional distress.

   $ _____

3. Wages and benefits from October 25, 2016, to the date of the verdict.

   $ _____

4. Wages and benefits from the date of the verdict until Plaintiff would have otherwise left the position.

   $ _____

## CERTIFICATE

We, the jury, have answered the above and foregoing Questions as herein indicated, and herewith return same into court as our unanimous verdict.

| | |
|---|---|
| **REDACTED** | 7/1/21 |
| REPERSON'S INITIALS | DATE |