| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| BRITTANY PETRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:18-CV-373 |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Order (#50) signed on April 28, 2021, granting in part Defendant Texas Department of Criminal Justice's Motion for Summary Judgment, and the Jury Verdict (#92) returned on June 1, 2021, the court enters final judgment in favor of Defendant Texas Department of Criminal Justice.  Plaintiff Brittany Petry shall take nothing by her suit.

It is further ordered that Defendant Texas Department of Criminal Justice's court costs are taxed against Plaintiff Brittany Petry.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 8th day of July, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE