AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Brittany Petry | ) |
| v. | ) Case No.: 1:18-CV-373 |
| Texas Department of Criminal Justice | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __07/08/2021__ against __Brittany Petry__,
                                                                                    *Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................. | $ |
| Fees for service of summons and subpoena ................................. | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 879.75 |
| Fees and disbursements for printing ...................................... | |
| Fees for witnesses *(itemize on page two)* ................................... | 1,179.84 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case .................................................. | |
| Docket fees under 28 U.S.C. 1923 ....................................... | |
| Costs as shown on Mandate of Court of Appeals ............................. | |
| Compensation of court-appointed experts .................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ............................................ | 2,304.22 |
| **TOTAL** | **$ 4,363.81** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service        ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: __Christopher Lee Lindsey__

Name of Attorney: __Christopher Lee Lindsey__

For: __Texas Department of Criminal Justice__                    Date: __07/15/2021__
     *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of __4363.81__ and included in the judgment.

__David A. O'Toole__                 By: __B. Carter__                           __6/19/21__
*Clerk of Court*                          *Deputy Clerk*                             *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** ||||||||
| Kathy Lester, Lumberton, TX | 2 | 80.00 | | | 94 | 52.64 | $132.64 |
| David Turrubiate, Kountze, TX | 2 | 80.00 | | | 84 | 47.04 | $127.04 |
| Jesus Llamas, Pasadena, TX | 2 | 80.00 | 2 | 178.50 | 166 | 92.96 | $351.46 |
| Schuyler Levias, Beaumont, TX | 3 | 120.00 | | | 30 | 16.80 | $136.80 |
| Christopher Carter, Jasper, TX | 3 | 120.00 | 3 | 233.50 | 140 | 78.40 | $431.90 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $1,179.84 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

| Print | Save As... | | Reset |

## AFFIDAVIT OF CHRISTOPHER LINDSEY

| | |
|---|---|
| THE STATE OF TEXAS | § |
|  | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned authority, personally appeared CHRISTOPHER LEE LINDSEY, known to me to be the person whose name is subscribed to the following instrument, and having been duly sworn, upon her oath, deposes and states as follows:

"My name is Christopher Lee Lindsey. I am over the age of 21 years; have never been convicted of a crime involving moral turpitude; and I am fully competent and able to testify herein. I am fully aware, cognizant, and have personal knowledge of all the facts set forth herein. I am able to swear, and I do hereby swear, that all said facts and statements herein contained are true and correct.

I represent Defendant Texas Department of Criminal Justice (TDCJ) in the lawsuit styled *Brittany Petry v. Texas Department of Criminal Justice*. I have been the attorney of record TDCJ since September 22, 2020, and attest that all of the costs incurred, as set forth in the attached bill of costs, are correct and have been necessarily incurred in this case. Further, the services for which these costs have been charged were actually performed.

Further affiant sayeth not."

_____
CHRISTOPHER LEE LINDSEY

SUBSCRIBED and SWORN TO before me, this 15th day of July, 2021.

NOTARY PUBLIC, State of Texas
My commission expires:

Oct 4, 2022

SHERRY L. HIGHTOWER
Notary Public-State of Texas
Notary ID #835510-2
Commission Exp. OCT. 04, 2022
Notary without Bond



20201208008164

# INVOICE

| Date | Invoice # |
|---|---|
| 12/3/2020 | 15399 |

**RECEIVED**
By OAG Accounting DIV at 5:26 pm, Dec 03, 2020

| Bill To | Cause No. |
|---|---|
| Office of the Attorney General<br>Accounting Office<br>P.O. Box 12548 Capital Station<br>Austin, TX 78711-2548 | 1;18-CV-00373 |
| | **Style** |
| | Brittany Petry<br>vs.<br>Texas Department of Criminal Justice |

| Atty: | Christopher Lindsey | Legal Asst: | Nicholas Larkin | Division | Law Enforcement Defence |
|---|---|---|---|---|---|
| Vendor ID | | Tax ID | P.O. No. | AG No. | Location |
| 1264073074800 | | 26-4073074 | 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 | CX6555601056 | Austin |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 11/17/2020 | GS1 - Administrative expenses, including but not limited to per diem, meals, phone charges, paper and other office supplies, office space and reproduction services within a one hundred (100) mile radius of vendor's office will be categorized as local travel and must be included in vendor's base charge. (Court Reporter Per Diem) | 1.0 | 110.00 | 110.00 |
| | DEPO1 - A one-time base fee that may be charged per deposition to include Original transcript, one (1) copy of transcript, one (1) e-transcript, and a keyword index. Delivery of transcript. File the Reporter's Certificate with the Court as required by the appropriate rules of procedure. Produce deposition transcript in Amicus, ASCII, Summation, Visionary, Relativity, Trial Director, or specified electronic format. | 1.0 | 75.00 | 75.00 |
| | DEPO35 - Transcript, Per page, ten business day turnaround - Brittany Petry | 153.0 | 5.75 | 879.75 |
| | DEPO ASSUMPTION - Videotaped Deposition (DEPO: $0.50 additional<br>surcharge for each applicable variable: Videotaped, Expert (Incl. Medical and Technical), Translated) | 153.0 | 0.50 | 76.50 |
| | DEPO21 - Copying pages in Exhibit less than fifty (50) pages (Oversized, Black & White). | 45.0 | 0.75 | 33.75 |
| | Subtotal | | | 1,175.00 |
| | VIDEO2 - Video recording per hour | 4.5 | 125.00 | 562.50 |
| | VIDEO4 - Transfering video clips to media specified | 4.0 | 20.00 | 80.00 |
| | Subtotal | | | 642.50 |

*Ashley Kotovsky*

**Optional Text - Limit 100 Characters:**

Thank you for the opportunity to work with you.

**TOTAL** $1,817.50

| Phone # | Fax # | Web Site | AG Case number: |
|---|---|---|---|
| 512-320-8690 | 512-320-8692 | www.integrity-texas.com | |

# STATE OF TEXAS

**TRAVEL VOUCHER**

Page 1 of 3

| 1. Archive Reference Number | 2. Agency Number | 3. Agency Name | | 4. Current Document Number |
|---|---|---|---|---|
| | 302 | Office of the Attorney General | | 11T01113 |
| | 5. Effective Date | 6. Doc Date | 7. Doc Agency | 8. FY | 9. Document Amount | |
| | 07/07/2021 | 07/06/2021 | 302 | 21 | $1,028.68 | |

| 10. Pay To: | 11. Title |
|---|---|
| Christopher Lindsey | Assistant Attorney General IV |
| 300 W. 15th St , Austin, TX 78701 | 12. Designated Headquarters |
| | Austin |

| 13. Texas Identification Number | 14. Agency Use |
|---|---|
| 70003162842SP1 | Contact Name/Phone: Sherry Hightower/512/475-3567 |

| 15. SFX | APPN | TC | FUND | PCA | AY | COBJ | AMOUNT |
|---|---|---|---|---|---|---|---|
| 001 | | 225 | | 10120 | 21 | 7101 | $ 252.88 |
| 002 | | 225 | | 10120 | 21 | 7102 | $ 33.20 |
| 003 | | 225 | | 10120 | 21 | 7105 | $ 155.56 |
| 004 | | 225 | | 10120 | 21 | 7106 | $ 564.00 |
| 005 | | 225 | | 10120 | 21 | 7135 | $ 23.04 |

| 16. Service Date | 17. Description |
|---|---|
| 06/27/2021 to 07/02/2021 | AG Case Number: CX6555601056 |

| 18. DISTRIBUTION | | | | AMOUNT |
|---|---|---|---|---|
| **Expense Itemization for In-State Travel:** | | | | |
| Fares, Public Transportation | Other Fares: $0.00 | Airfare: $0.00 | Rental Car: $252.88 | $252.88 |
| Personal Car Mileage (In-State Mileage Total in Y) | | | 59.30 Miles x $0.560 | $33.20 |
| Meals and/or Lodging (totals in J + K or L, if applicable) | | | | $564.00 |
| Hotel Occupancy Tax | | | | $23.04 |
| Hotel Incidental Expenses | | | | $34.56 |
| Rental Car Fuel | | | | $66.00 |
| Parking | ABIA Parking | | | $55.00 |
| **Expense Itemization for Out-of-State Travel:** | | | | |
| Fares, Public Transportation | Other Fares: $0.00 | Airfare: $0.00 | Rental Car: $0.00 | $0.00 |
| Personal Car Mileage (Out-of-State Mileage Total in Y) | | | 0.00 Miles x $0.560 | $0.00 |
| Meals and/or Lodging (totals in V + W, or X, if applicable) | | | | $0.00 |
| Less Travel Advance | | | | $0.00 |
| | | | TOTAL | $1,028.68 |

19. I certify that the expense account shown above is true, correct, and unpaid.

| Approval Step | Assigned To | Actual Approver | Status | Date/Time |
|---|---|---|---|---|
| Traveler Approval | Christopher Lindsey | Christopher Lindsey | Approved | 07/06/2021 06:21:49 PM |
| Division Chief Approval | Shanna Molinare | Shanna Molinare | Approved | 07/07/2021 09:41:05 AM |
| Accounting Review # 1 | Melanie Salyers | Melanie Salyers | Submitted | 07/08/2021 09:44:19 AM |
| Accounting Review # 2 | Accounting Queue | Jenny Repschleger | Approved | 07/09/2021 09:41:37 AM |

# CONTINUATION

**TRAVEL VOUCHER**

Page 2 of 3

| IN-STATE MEALS AND LODGING | | | | | | | | | | | ACTUAL EXPENSE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Leave Headquarters | | | | B. Arrive Headquarters | | | | C. Meals Non-Overnight not to exceed $36 | D. Meals not to exceed Maximum Rate | E. Lodging not to exceed Maximum Rate | F. TOTAL | | |
| Date | Hour | Min | m. | Date | Hour | Min | m. | | | | | G. Meals | H. Lodging | I. TOTAL |
| 06/27/2021 | 2 | 00 | PM | | | | | $0.00 | $36.00 | $96.00 | $132.00 | $0.00 | $0.00 | $0.00 |
| 06/28/2021 | | | | | | | | $0.00 | $36.00 | $96.00 | $132.00 | $0.00 | $0.00 | $0.00 |
| 06/29/2021 | | | | | | | | $0.00 | $36.00 | $96.00 | $132.00 | $0.00 | $0.00 | $0.00 |
| 06/30/2021 | | | | | | | | $0.00 | $36.00 | $96.00 | $132.00 | $0.00 | $0.00 | $0.00 |
| | | | | 07/01/2021 | 10 | 00 | PM | $0.00 | $36.00 | $0.00 | $36.00 | $0.00 | $0.00 | $0.00 |
| | | J. TOTAL MEALS NON OVERNIGHT | | | | | | $0.00 | K. TOTAL MEALS AND LODGING | | $564.00 | L. TOTAL ACTUAL EXPENSE | | $0.00 |

| OUT-OF-STATE MEALS AND LODGING | | | | | | | | | | | ACTUAL EXPENSE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M. Leave Headquarters | | | | N. Arrive Headquarters | | | | O. Meals Non-Overnight not to exceed $36 | P. Meals not to exceed Maximum Rate | Q. Lodging not to exceed Maximum Rate | R. TOTAL | | |
| Date | Hour | Min | m. | Date | Hour | Min | m. | | | | | S. Meals | T. Lodging | U. TOTAL |
| V. TOTAL MEALS NON OVERNIGHT | | | | | | | | $0.00 | W. TOTAL MEALS AND LODGING | | $0.00 | X. TOTAL ACTUAL EXPENSE | | $0.00 |

| Date | Y. Information Required by TexTravel and Other Pertinent Information | Mileage Point to Point* |
|---|---|---|
| | COST COMPARISON CALCULATOR(S): <br> - 06/27/2021 - 07/01/2021 (Petry373): <br> --- I acknowledge that the traveler is only claiming POV mileage to/from the airport to catch a flight or flying to a duty point and obtaining a rental. <br> --- I acknowledge that the traveler is ride sharing or coordinating travel with other OAG employees that are traveling to the same duty point, on the same dates, with the same itinerary to conduct the same official state business (excluding POV mileage to and from the airport to board a flight). This requires a multiple traveler justification. <br> ------ Multiple Traveler Justification: Due to the complexity of the case, two attorneys are required to attend trial. <br> LODGING: <br> - Comptroller Contract Exceptions: <br> --- 06/27/2021 - 06/30/2021: (c) Unavailability of Contract Travel Services | |
| 06/27/2021 | AAG Lindsey left his place of residence before 2:00 pm and drive his POV to ABIA for a departure flight at 5:00 pm. Upon arrival into HOU, AAG Lindsey picked up contract rental vehicle and drove to non-contract hotel and prepared for trial the next day. Exception C @ unavailability of travel contract services. A large vehicle was warranted because of materials for trial and luggage because of trial. During this time period the agency was under a mandatory telecommute policy and attorneys were working from home. <br><br> Hours: 7:00 am- 4:00 pm <br><br> Food: $36.00 <br> ABIA Parking $11.00 | 29.60 |
| 06/28/2021 | AAG Lindsey and his rideshare left the non-contract hotel and attended trial. Upon completion of trial on this date, AAG Lindsey and his rideshare returned to non-contract hotel. <br><br> Food: $36.00 <br> ABIA Parking $11.00 | |
| 06/29/2021 | AAG Lindsey and his rideshare left the non-contract hotel and attended trial. Upon completion of trial on this date, AAG Lindsey and his rideshare returned to non-contract hotel. <br><br> Food: $36.00 <br> ABIA Parking $11.00 | |
| 06/30/2021 | AAG Lindsey and his rideshare left the non-contract hotel and attended trial. Upon completion of trial on this date, AAG Lindsey and his rideshare returned to non-contract hotel. <br><br> Food: $36.00 <br> ABIA Parking $11.00 | |
| 07/01/2021 | AAG Lindsey and his rideshare checked out of non-contract hotel, finish up the trial and waited for verdict to come in. Verdict was ready around 5:00 pm and AAG Lindsey and his rideshare cancelled airline reservations in HOU and drove back to Pflugerville, Texas, arriving at 10:00 pm. | 29.70 |

Printed by Sherry Hightower at 11:49:58 AM on 07/14/2021

# CONTINUATION

**TRAVEL VOUCHER**

Page 3 of 3

| Date | Y. Information Required by TexTravel and Other Pertinent Information | Mileage Point to Point* |
|---|---|---|
|  | Food: $36.00<br>ABIA Parking $11.00<br>Rental Car Fuel: $66.00 |  |
| 07/02/2021 | AAG Lindsey then returned AVIS Rental vehicle on this date in the morning. AAG Lindsey then drove to his place of residence. |  |

\* Show point-to-point breakdown, including intra-city mileage claims

| IN-STATE MILEAGE TOTAL (I) | 59.30 |

| OUT-OF-STATE MILEAGE TOTAL (O) | 0.00 |

# STATE OF TEXAS

DRAFT
**TRAVEL VOUCHER**

Page 1 of 3

| 1. Archive Reference Number | 2. Agency Number | 3. Agency Name | | | 4. Current Document Number |
|---|---|---|---|---|---|
| | 302 | Office of the Attorney General | | | 11T01114 |
| | 5. Effective Date | 6. Doc Date | 7. Doc Agency | 8. FY | 9. Document Amount | |
| | 07/09/2021 | 07/09/2021 | 302 | 21 | $753.10 | |

| 10. Pay To: | 11. Title |
|---|---|
| Courtney Corbello | Assistant Attorney General III |
| 300 W. 15th St , Austin, TX 78701 | 12. Designated Headquarters |
| | Austin |

| 13. Texas Identification Number | 14. Agency Use |
|---|---|
| 70046018381SP1 | Contact Name/Phone: Sherry Hightower/512/475-3567 |

| 15. SFX | APPN | TC | FUND | PCA | AY | COBJ | AMOUNT |
|---|---|---|---|---|---|---|---|
| 001 | | 225 | | 10120 | 21 | 7102 | $ 30.80 |
| 002 | | 225 | | 10120 | 21 | 7105 | $ 135.26 |
| 003 | | 225 | | 10120 | 21 | 7106 | $ 564.00 |
| 004 | | 225 | | 10120 | 21 | 7135 | $ 23.04 |

| 16. Service Date | 17. Description |
|---|---|
| 06/27/2021 to 07/01/2021 | AG Case Number: CX6555601056 |

| 18. DISTRIBUTION | | | | AMOUNT |
|---|---|---|---|---|
| **Expense Itemization for In-State Travel:** | | | | |
| Fares, Public Transportation | Other Fares: $0.00 | Airfare: $0.00 | Rental Car: $0.00 | $0.00 |
| Personal Car Mileage (In-State Mileage Total in Y) | | | 55.00 Miles x $0.560 | $30.80 |
| Meals and/or Lodging (totals in J + K or L, if applicable) | | | | $564.00 |
| Hotel Occupancy Tax | | | | $23.04 |
| Hotel Incidental Expenses | | | | $34.56 |
| Rental Car Fuel | | | | $50.70 |
| Parking | ABIA Parking | | | $50.00 |
| | | | | |
| **Expense Itemization for Out-of-State Travel:** | | | | |
| Fares, Public Transportation | Other Fares: $0.00 | Airfare: $0.00 | Rental Car: $0.00 | $0.00 |
| Personal Car Mileage (Out-of-State Mileage Total in Y) | | | 0.00 Miles x $0.560 | $0.00 |
| Meals and/or Lodging (totals in V + W, or X, if applicable) | | | | $0.00 |
| | | | | |
| Less Travel Advance | | | | $0.00 |
| | | | TOTAL | $753.10 |

| 19. I certify that the expense account shown above is true, correct, and unpaid. | | | | |
|---|---|---|---|---|
| Approval Step | Assigned To | Actual Approver | Status | Date/Time |
| Traveler Approval | Courtney Corbello | Courtney Corbello | Approved | 07/09/2021 03:07:13 PM |
| Division Chief Approval | Shanna Molinare | Shanna Molinare | Approved | 07/09/2021 03:16:57 PM |
| Accounting Review # 1 | Melanie Salyers | Melanie Salyers | Submitted | 07/12/2021 11:52:51 AM |

Printed by Sherry Hightower at 11:48:51 AM on 07/14/2021

# CONTINUATION

**DRAFT**
**TRAVEL VOUCHER**

Page 2 of 3

## IN-STATE MEALS AND LODGING

| A. Leave Headquarters | | | | B. Arrive Headquarters | | | | C. Meals Non-Overnight not to exceed $36 | D. Meals not to exceed Maximum Rate | E. Lodging not to exceed Maximum Rate | F. TOTAL | ACTUAL EXPENSE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Hour | Min | m. | Date | Hour | Min | m. | | | | | G. Meals | H. Lodging | I. TOTAL |
| 06/27/2021 | 2 | 00 | PM | | | | | $0.00 | $36.00 | $96.00 | $132.00 | $0.00 | $0.00 | $0.00 |
| 06/28/2021 | | | | | | | | $0.00 | $36.00 | $96.00 | $132.00 | $0.00 | $0.00 | $0.00 |
| 06/29/2021 | | | | | | | | $0.00 | $36.00 | $96.00 | $132.00 | $0.00 | $0.00 | $0.00 |
| 06/30/2021 | | | | | | | | $0.00 | $36.00 | $96.00 | $132.00 | $0.00 | $0.00 | $0.00 |
| | | | | 07/01/2021 | 10 | 00 | PM | $0.00 | $36.00 | $0.00 | $36.00 | $0.00 | $0.00 | $0.00 |
| | | | | J. TOTAL MEALS NON OVERNIGHT | | | | $0.00 | K. TOTAL MEALS AND LODGING | | $564.00 | L. TOTAL ACTUAL EXPENSE | | $0.00 |

## OUT-OF-STATE MEALS AND LODGING

| M. Leave Headquarters | | | | N. Arrive Headquarters | | | | O. Meals Non-Overnight not to exceed $36 | P. Meals not to exceed Maximum Rate | Q. Lodging not to exceed Maximum Rate | R. TOTAL | ACTUAL EXPENSE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Hour | Min | m. | Date | Hour | Min | m. | | | | | S. Meals | T. Lodging | U. TOTAL |
| | | | | V. TOTAL MEALS NON OVERNIGHT | | | | $0.00 | W. TOTAL MEALS AND LODGING | | $0.00 | X. TOTAL ACTUAL EXPENSE | | $0.00 |

| Date | Y. Information Required by TexTravel and Other Pertinent Information | Mileage Point to Point* |
|---|---|---|
| | COST COMPARISON CALCULATOR(S):<br>- 06/27/2021 - 07/01/2021 (Petry373):<br>--- I acknowledge that the traveler is only claiming POV mileage to/from the airport to catch a flight or flying to a duty point and obtaining a rental.<br>--- I acknowledge that the traveler is ride sharing or coordinating travel with other OAG employees that are traveling to the same duty point, on the same dates, with the same itinerary to conduct the same official state business (excluding POV mileage to and from the airport to board a flight). This requires a multiple traveler justification.<br>------ Multiple Traveler Justification: Due to the complexity of the case, two attorneys are required to attend trial.<br>LODGING:<br>- Comptroller Contract Exceptions:<br>--- 06/27/2021 - 07/01/2021: (c) Unavailability of Contract Travel Services | |
| 06/27/2021 | AAG Corbello left her place of residence at around 2:00 pm and drove her POV to ABIA for a departure flight scheduled at 5:00 pm. Upon arrival into HOU (which the flight was extremely late) was a rideshare with AAG Lindsey to the non-contract hotel to prepare for trial the next day. Exception C @ unavailability of travel contract services. Due to the complexity of the trial, two attorneys were required to attend the trial.<br><br>AAG Lindsey obtained and paid for a rental car for this trip and AAG Corbello incurred some of the cost of refueling the rental car while conducting state business.<br><br>Hotel receipt lists two guests in error; traveler was the only person who stayed in the room.<br><br>Hours: 7:00 am - 4:00 pm<br>Food: $36.00<br>ABIA Parking $10.00<br>Gas for Rental: 43.30 | 27.30 |
| 06/28/2021 | AAG Corbello was a rideshare from the non-contract hotel with AAG Lindsey to the federal courthouse to begin trial. Upon completion of trial on this date, AAG Corbello was a rideshare with AAG Lindsey back to the non-contract hotel.<br><br>Food: $36.00<br>ABIA Parking $10.00<br>Gas for Rental: 7.40 | |
| 06/29/2021 | AAG Corbello was a rideshare from the non-contract hotel with AAG Lindsey to the federal courthouse to begin trial. Upon completion of trial on this date, AAG Corbello was a rideshare with AAG Lindsey back to the non-contract hotel.<br><br>Food: $36.00<br>ABIA Parking $10.00 | |
| 06/30/2021 | AAG Corbello was a rideshare from the non-contract hotel with AAG Lindsey to the federal courthouse to begin trial. Upon completion of trial on this date, AAG Corbello was a rideshare with AAG Lindsey back to the non-contract hotel.<br><br>Food: $36.00<br>ABIA Parking $10.00 | |
| 07/01/2021 | AAG Corbello checked out of the non-contract hotel and was a rideshare with AAG Lindsey to the federal courthouse to complete the trial. The trial finished and the jury was working on their verdict. The jury finally finished at 5:00 pm with the verdict and AAG Corbello | 27.70 |

**CONTINUATION**

DRAFT
TRAVEL VOUCHER

Page 3 of 3

| Date | Y. Information Required by TexTravel and Other Pertinent Information | Mileage Point to Point* |
|---|---|---|
|  | and AAG Lindsey decided to drive back to Austin, Texas arriving at 10:00 pm. AAG Lindsey dropped AAG Corbello off at ABIA to get her car and she drove her POV to her place of residence.<br><br>Food: $36.00<br>ABIA Parking $10.00 |  |

\* Show point-to-point breakdown, including intra-city mileage claims

| IN-STATE MILEAGE TOTAL (I) | 55.00 |

| OUT-OF-STATE MILEAGE TOTAL (O) | 0.00 |

| | |
|---|---|
| **From:** | Repschleger, Jenny |
| **To:** | Lindsey, Christopher |
| **Subject:** | costs for 6/27-7/1/21 trip |
| **Date:** | Thursday, July 15, 2021 3:32:49 PM |

<u>LINDSEY 27JUN Houston Hobby TX:</u>

<u>Christopher Lindsey:</u>
Total airfare paid: $235.43
Total fees paid: $26.79
Grand total: **$262.22**

<u>Courtney Corbello</u>
Total airfare paid: $235.43
Total fees paid: $24.79
Grand total: **$260.22**

Regards,
Jenny Repschleger
Travel Manager
Office of the Attorney General
300 West 15th Street
Austin, Texas 78701
(512)475-3782